IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER SHANE KNIGHT,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:24-cv-00093-TES-CHW |
| | : | |
| V. | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| **Sheriff JOHN Q WILLIAMS,** *et al.*, | : | Before the U.S. Magistrate Judge |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Plaintiff Christopher Knight, *pro se*, filed this suit pursuant to 42 U.S.C. § 1983, regarding his incarceration at Clarke County Jail. (Doc. 1). Following screening of Plaintiff's recast complaint (Doc. 10), claims against Defendants Beasley and McCollum were allowed to proceed for factual development. (Docs. 17, 23). Defendants waived service (Docs. 30, 31) and filed a pre-answer motion to dismiss citing Plaintiff's failure to exhaust his administrative remedies. (Doc. 33). Plaintiff has responded to the motion to dismiss (Doc. 35) and has also filed a motion for discovery seeking video footage from the jail. (Doc. 36)

As explained in the screening recommendation, discovery materials should not be filed with the Court. (Doc. 17, p. 23). Defendants did not file a motion to stay discovery, and, therefore, Plaintiff is free to seek discovery from Defendants according to the Federal Rules of Civil Procedure. *See* (*Id*., p. 22-23). Even if Defendants had requested and received a stay of discovery, Plaintiff would still be entitled to seek discovery as it relates to the issue of exhaustion.

In the event that Plaintiff intended the motion for discovery (Doc. 36) to serve as a motion to compel discovery, the motion has no merit. This Court does not entertain motions to compel absent a certificate that the movant first attempted to confer, in good faith, with the opposing

parties to seek the requested information without court action. Fed. R. Civ. P. 37; Local Rule 37. Plaintiff's motion is unaccompanied by such a certificate, and the motion is silent about Plaintiff's attempts to seek discovery from Defendants.

Based on the foregoing, Plaintiff's motion for discovery (Doc. 36) is **DENIED**.

**SO ORDERED**, this 13th day of May, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
